

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00838-CV

In the **INTEREST OF G.P.C.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2007EM501481
Honorable Eric Rodriguez, Judge Presiding

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
     Luz Elena D. Chapa, Justice
     Jason Pulliam, Justice

Delivered and Filed:  January 21, 2015

DISMISSED FOR LACK OF JURISDICTION

On December 3, 2014, Alronce J. Comeaux filed a notice of appeal, complaining of the trial court's August 17, 2007, Order In Suit Affecting The Parent-Child Relationship. Comeaux did not file a notice of appeal or a motion for extension of time to file the notice of appeal within the time allowed by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 26.1, 26.3. A timely notice of appeal must be filed in order to invoke this court's jurisdiction. *See Sweed v. Nye*, 323 S.W.3d 873 (Tex. 2010). "Once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

We ordered Comeaux to file a response by January 5, 2015, showing cause why this appeal should not be dismissed for lack of jurisdiction, and advised him the appeal would be dismissed if he failed to satisfactorily respond within the time provided. *See* TEX. R. APP. P. 42.3(a), (c).

Comeaux has not filed a response to our order. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM